IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CORPORATE WEB SOLUTIONS, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No.: 5:14-CV-222-FL ) |
| SAGEWORKS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL IN PART

This matter came before the Court on Plaintiff's Motion to Compel ("Motion") filed on December 8, 2014. Defendant responded on December 12, 2014. The Court held a hearing on December 16, 2014. Based on the Motion, Memorandum in Support, materials submitted therewith, argument of counsel, and other matters of record before the Court, the Court finds and concludes that the Motion should be GRANTED in part.

Specifically, IT IS HEREBY ORDERED, that on or before January 5, 2014, Defendant shall produce, subject to a protective order to be entered by the Court, the information and items requested by Plaintiff in its Requests for Production Nos. 13 and 14, including the complete source code for all versions of the software programs of Defendant in which Plaintiff's .netCHARTING software has been used, and the source code repository logs from its TortoiseSVN source code repository.

It is further ORDERED, that Defendant shall provide a sworn statement by a custodian of records with personal knowledge describing the specific steps that have been

taken to search for emails and other electronic records available to Defendant that may be responsive to Plaintiff's discovery requests, as well as any efforts to reconstruct such items from sources available to Defendant.

So ORDERED this the  24th   day of     December   , 2014.

                                                                                    _____
                                                                                     United States District Court