IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00222-FL

| | | |
|---|---|---|
| **CORPORATE WEB SOLUTIONS, LTD.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEAL** |
| **SAGEWORKS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Having shown good cause, the Court GRANTS Defendant Sageworks, Inc.'s Motion to Seal. The Court finds that Veolia has shown that public dissemination of the contents of D.80, D.81, D.82, D.83, D.84, and D.85 would do substantial competitive harm to Sageworks. As a result, the Court finds the harm to Veolia outweighs the public's First Amendment right of access.

THEREFORE, it is ORDERED that D.80, D.81, D.82, D.83, D.84, and D.85 remain sealed.

This the 3rd day of February, 2015.

_____
The Honorable Louise W. Flanagan
United States District Judge